STATE OF LOUISIANA

VERSUS

KERRY GALINIS

NO. 24-KH-377

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

September 18, 2024

Linda Wiseman
First Deputy Clerk

**IN RE** KERRY GALINIS

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-NINTH JUDICIAL DISTRICT COURT, PARISH OF ST CHARLES, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE CONNIE M. AUCOIN, DIVISION "C", NUMBER 20,404

Panel composed of Judges Stephen J. Windhorst,
John J. Molaison, Jr., and Scott U. Schlegel

**WRIT DENIED**

On August 16, 2024, defendant, Kerry Galinis, filed the pending *pro se* petition for writ of mandamus requesting that this Court compel the 29th Judicial District Court "to make a Judgment on the set aside conviction that the State has defaulted in by failing to answer a Court order by Judge Lemmon."

According to the official record, defendant previously filed a petition for writ of habeas corpus with the trial court on June 10, 2024. The trial court denied defendant's petition for writ of habeas Corpus on June 11, 2024, stating, "There are no proceedings pending." On June 17, 2024, defendant filed a writ of habeas corpus to this court regarding the trial court's denial of June 11, 2024. In denying the writ on June 28, 2024, this court referred to defendant's application for post-conviction relief (APCR) filed with the trial court on November 17, 2023 as well as the Petition for Writ of Habeas Corpus filed on June 10, 2024. *State v. Galinis*, 24-KH-271 (La. App. 5 Cir. 6/28/24)(unpublished writ disposition).

The pending writ seeks the same relief that was previously denied by this Court in *State v. Galinis*, 24-KH-271. To the extent that defendant filed in the trial court a Motion to Set Aside Conviction and Dismiss Prosecution on February 2, 2024, it refers to the same issues raised in his APCR filed on November 17, 2023. The trial court has already ruled on the matters contained in the instant writ by denying defendant's Petition for Writ of Habeas Corpus on June 11, 2024. This Court denied defendant's writ on June 28, 2024.

Thus, in addition to being without merit, the writ is also repetitive. Defendant is not entitled to reconsideration of this Court's prior rulings raising similar claims as those included in the instant application, when this Court has already denied defendant's prior writ application. Uniform Rules – Courts of Appeal, Rule 2-18.7 allows a rehearing on writs only after a writ has been granted on the merits. In addition, Uniform Rules – Courts of Appeal, Rule 2-18.6 discourages repetitive applications for rehearing.

For these reasons, this writ application is denied.

Gretna, Louisiana, this 18th day of September, 2024.

**SUS**
**SJW**
**JJM**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **09/18/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-KH-377**

### E-NOTIFIED

29th Judicial District Court (Clerk)
Honorable Connie M. Aucoin (DISTRICT JUDGE)
No Attorney(s) were ENOTIFIED

### MAILED

Kerry Salas De La Miya #760285 (Relator)
Calcasieu Correctional Center
5410 East Broad Street
Lake Charles, LA 70615

Hon. Joel T. Chaisson, II (Respondent)
District Attorney
Twenty-Ninth Judicial District Court
Post Office Box 680
Hahnville, LA 70057